TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. State Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: brent.whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CERTAIN REAL PROPERTY COMMONLY KNOWN AS 35.69 ACRES +- IN S. 35-07-11 HIGHWAY 171, SOUTH MANY, LOUISIANA,<br><br>        Defendant. | No. 2:21-cv-04640<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>18 U.S.C. § 981(a)(1)(A) and (C)<br><br>[FBI] |

      The United States of America brings this claim against defendant Certain Real Property Commonly Known As 35.69 acres +- in S. 35-07-11 Highway 171, South Many, Louisiana, and alleges as follows:

**JURISDICTION AND VENUE**

    1.   This is a civil forfeiture action brought pursuant to

1  18 U.S.C. § 981(a)(1)(A) and (C).
2      2.   This Court has jurisdiction over the matter under 28 U.S.C.
3  §§ 1345 and 1355.
4      3.   Venue lies in this district pursuant to 28 U.S.C. § 1395.

**PERSONS AND ENTITIES**

6      4.   Plaintiff in this action is the United States of America.
7      5.   The defendant is Certain Real Property Commonly Known As
8  35.69 acres +- in S. 35-07-11 Highway 171, South Many, Louisiana
9  ("defendant real property"), and consists of the following:

>   A certain tract or parcel of land containing 37.863 acres, more
>   or less, situated in Section 35, Township 7 North, Range 11
>   West, Sabine Parish, Louisiana, being all that part of said
>   Section 35 that lies West of U.S. Highway 171 and East of the
>   Kansas City Southern Railroad, LESS AND EXCEPT the following
>   tract of land, to-wit: A tract of land containing 5.715 acres,
>   more or less, located in the Southeast Quarter of Section 35,
>   Township 7 North, Range 11 West, Town of Many, Sabine Parish,
>   Louisiana and being more particularly described as; from a 1 ¼
>   inch iron rod marking the Southeast Corner Of said Section 35,
>   run North 88 degrees 35 minutes West along the South line of
>   Section 35 a distance of 525.77 feet; thence North a distance of
>   1701.50 feet; to a 1 inch iron pin located on the Westerly right
>   of way line of U.S. Highway 171 for the point of beginning;
>
>   Thence South 89 degrees 51 minutes West a distance of 847.46
>   feet to a point on the Easterly right of way line of a railroad;
>   thence North 07 degrees 59 minutes 20 seconds East along
>   railroad right of way line a distance of 103.2 feet; thence

continue along railroad right of way line North 04 degrees 35 minutes 12 seconds East a distance of 100.54 feet; thence continue along railroad right of way line North 01 degrees 37 minutes 48 seconds East a distance of 99.85 feet; thence North 89 degrees 51 minutes East (300 feet South of and parallel to the Abbington-Hanna South property line) a distance of 845.69 feet to a point on the westerly right of way line of U.S. Highway 171; thence South 03 degrees 57 minutes 11 seconds West along said westerly right of way line of U.S. Highway 171 a distance of 100.24 feet; thence continue along westerly right of way line of U.S. Highway 171 South 04 degrees 22 minutes 08 seconds West a distance of 100.29 feet; thence continue along said westerly right of way line of U.S. Highway 171 South 05 degrees 18 minutes 27 seconds West a distance of 100.43 feet to the point of beginning.

A tract of land containing 10.1 acres, more or less, located in the Southeast Quarter of Section 35, Township 7 North, Range 11 West, Sabine Parish, Louisiana and being more particularly described as:
Beginning at the Northwest Corner of the Northeast Quarter of the Southeast Quarter of said Section 35, thence run North 89 degrees 46 minutes East 749.6 feet to the West right of way line of U.S. Highway 171; thence Southeasterly along the said right of way line 500.00 feet; thence South 89 degrees 51 minutes West 876.9 feet to the East right of way line of the KCS Railroad; thence Northwesterly along said railroad right of way line 530.0 feet plus or minus to the North boundary line of the Northwest

1 Quarter of Section 35, thence North 89 degrees 46 minutes East
2 201.3 feet to the point of beginning.
3
4 A tract of land containing 4.137 acres, more or less, located in
5 the Southeast quarter of Section 35, Township 7 North, Range 11
6 West, Sabine Parish, Louisiana and being more particularly
7 described as:
8 Commencing at the Southeast corner of said Section 35 thence
9 North 88 degrees 35 minutes 00 seconds West a distance of 525.77
10 feet; thence North 00 degrees 00 minutes 00 seconds West a
11 distance of 1701.50 feet to the point of beginning; thence South
12 06 degrees 55 minutes 24 seconds West a distance of 67.29 feet;
13 thence South 06 degrees 56 minutes 29 seconds West a distance of
14 101.00 feet; thence South 05 degrees 29 minutes 56 seconds West
15 a distance of 58.68 feet; thence South 05 degrees 14 minutes 30
16 seconds West a distance of 60.74 feet; thence South 05 degrees
17 49 minutes 42 seconds West a distance of 54.42 feet; thence
18 South 89 degrees 51 minutes 00 seconds West a distance of 512.09
19 feet; thence North 00 degrees 09 minutes 00 seconds West a
20 distance of 340.0 feet; thence North 89 degrees 51 minutes 00
21 seconds East a distance of 550.0 feet to the point of beginning.
22 Named APN: 0043011420.
23     6. The title report on the defendant real property indicates
24 that title to the defendant real property is vested in Cheri Amanda
25 Silva ("Silva"), a single woman.
26     7. The interests of Silva may be adversely affected by these
27 proceedings.
28

4

**BASIS FOR FORFEITURE**

8. This complaint arises from an investigation by the Federal Bureau of Investigation of a fraudulent Personal Protection Equipment[1] ("PPE") scheme using wire transfers to transfer money at the request of the fraudsters.

SUMMARY OF FRAUDULENT SCHEME

9. As set forth in more detail below, co-conspirator Christopher Badsey ("Badsey") represented to victims that he was selling PPE that was deliverable in short order during a time period when there was an increased demand for PPE, and there was an international shortage of PPE due to the COVID-19 pandemic. Badsey under false pretenses caused victims to wire money to Badsey and associates of Badsey, directly or indirectly through transfers to other accounts, including accounts held by Silva, some of which were then used to purchase the defendant real property.

10. From at least April 28, 2020 through at least October 29, 2020, Silva received proceeds from the PPE scheme through a transfer of funds from Badsey and Badsey's associate Hal Williams' ("Williams") bank accounts.

11. During the time period April 17, 2020 (account opening date) through October 29, 2020, Silvia received deposits totaling approximately $1,682,787 into FSNB, NA bank account number ending 5165 ("FSNB 5165"). Approximately $1,680,000 or 99% of those deposits were from sources related to the PPE wire fraud scheme conducted by Badsey. These deposits included the following:

---

[1] PPE is equipment worn to minimize exposure to hazards that cause serious workplace injuries and illnesses.

   a. On or about June 18, 2020, three cashier's checks totaling $390,000 were deposited into FSNB 5165 which were purchased with funds from Bank of America account ending in 9161 held in the name of First Defense Security Services Corp. ("BOA 9161"). Signers on the account were Badsey and Williams. In the three days prior to the purchase of the cashier's checks, BOA 9161 received approximately $2,231,990 of proceeds from victims of the PPE wire fraud scheme. Approximately 99% of the deposits in BOA 9161 came from victims of the PPE wire fraud scheme.

   b. On or about July 20, 2020, a cashier's check in the amount of $600,000 was deposited into FSNB 5165, which was purchased with funds from Union Bank account ending in 5494 ("UB 5494") held in the names of Williams and Janis Williams. Two days prior to the cashier's check being purchased, UB 5494 received a wire transfer in the amount of $1,050,000 from a PPE wire fraud scheme victim.

  12. Between August 20, 2020 and October 20, 2020, Silva deposited cashier's checks totaling $666,000 into FSNB 5165 from Badsey's Wells Fargo Bank Account ending in 1794 ("WFB 1794"). WFB 1794 was funded 99.9% with a cashier's check in the amount of $1,000,000 from UB 5494 held by Williams. The day before the $1,000,000 cashier's check was purchased with funds in UB 5494, UB 5494 received a wire transfer in the amount of $1,000,000 from a PPE wire fraud scheme victim.

PPE WIRE FRAUD SCHEME PROCEEDS

  13. Between April 17, 2020, and October 29, 2020, disbursements from Silva's FSNB 5165 account totaled approximately $1,287,970.73.

  14. On or about August 7, 2020, Silva, using FSNB 5165, purchased a cashier's check in the amount of $50,552.36 payable to

6

Brandon Law Office Trust Account, with "for the land" in the memo section of the check, for the purchase of the defendant real property from Robert Lee Breedlove, Mary J. Ferguson, and Malisa K. McWethy. The sales price of the property was $50,000.

15. Other disbursements from the account included payments for the purchase of additional real estate, including a residence for Silva and a restaurant/bar, the purchase of two cars, a boat and its trailer, two All Terrain Vehicles ("ATVs"), a camper, and a tractor. No payments were made to businesses which could be identified as PPE suppliers.

16. On March 1, 2021, the FBI obtained seizure warrants for items purchased by Silva from her FSNB 5165 with proceeds of the PPE wire fraud scheme, including two cars, a boat and its trailer, a camper, two ATVs, and a tractor. On March 3, 2021, the FBI executed the seizure warrants and interviewed Silva. Silva admitted to receiving over a million dollars from Badsey and using that money to purchase the items which were being seized that day. She also admitted to using the money to purchase her residence in Robeline, Louisiana, and a restaurant which had not yet opened, which investigators determined to be the Swamp Frog Bar and Grill located in Zwolle, Louisiana. Silva stated she was not employed, and her only source of money was from Badsey.

**FIRST CLAIM FOR RELIEF**

17. Based on the above, plaintiff United States of America alleges that the defendant real property constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343 (wire fraud), which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B). The defendant real property

is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

### SECOND CLAIM FOR RELIEF

18. Based on the above, plaintiff alleges that the defendant real property constitutes property involved in multiple transactions or attempted transactions in violation of 18 U.S.C. § 1957(a), or property traceable to such property, with the specified unlawful activity being a violation of 18 U.S.C. § 1343 (wire fraud). The defendant real property is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant real property;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant real property to the United States of America for disposition according to law; and

///
///

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: June 7, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


   /s/ *Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**VERIFICATION**

I, Heather Campbell, hereby declare that:

1. I am a Special Agent with the Federal Bureau of Investigation and I am a case agent for the forfeiture matter entitled <u>United States v. Certain Real Property Commonly Known as 35.69 acres +- in S. 35-07-11 Highway 171, South Many, Louisiana</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 4, 2021 in Los Angeles, California.

*Heather Campbell*
HEATHER CAMPBELL
Special Agent
FEDERAL BUREAU OF INVESTIGATION